UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELA D. MCALISTER )<br>5524 Kennedy Street )<br>Riverdale, MD 20737-2418, )<br>  )<br>　　　　Plaintiff, )<br>  )<br>　　　v. )<br>  )<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL, )<br>U.S. POSTAL SERVICE, )<br>CAPITAL METRO OPERATIONS, )<br>  )<br>　　　　Defendant, )<br>_____) | Civil Action No. 07-0016 (RMC)<br>Electronic Case Filing |

ENTRY OF APPEARANCE

　　THE CLERK OF THIS COURT will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　QUAN K. LUONG
　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　555 4th Street, N.W. - Room E4417
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 514-9150
　　　　　　　　　　　　　　　　quan.luong@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this  24th   day of <u>January</u>, 2007, a true and correct copy of the foregoing Entry of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

>ANGELA D. MCALISTER
>5524 Kennedy Street
>Riverdale, MD 20737

                            /s/
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530