MARCH 12, 2007

ANGELA D. MCALISTER
5524 KENNEDY STREET
RIVERDALE, MD   20737-2418
301-779-4447
        COMPLAINANT

VS.

Civil Action no. 07-0016(RMC)

JOHN E. POTTER
POSTMASTER GENERAL,
U. S. POSTAL SERVICE
CAPITAL METRO OPERATIONS,
        AGENCY.

## MOTION

1. MOTION NOT TO DISMISS

2. WHY I NEED A LAWYER,
   EEOC DENIED ME A HEARING AND THAT THEY INSTRUCTED ME
   THAT I HAD THE RIGHT TO FILE IN U. S. DISTRICT COURT.

3. WHY I NEED TO BE GRANTED PAY FOR A LAWYER,
   I WAS PLACED ON EMERGENCY SUSPENSION FROM SEPTEMBER 1, 2005,
   UNTIL PRESENT. I HAVE DISABILITIES THAT ARE PENDING WITH
   LABOR DEPT. I HAVE NO INCOME.

*Angela D McAlister 3/12/2007*
ANGELA D. MCALISTER
5524 KENNEDY STREET
RIVERDALE, MD   20737-2418
(301)779-4447(home phone)

*LaShawn W Harris*
LaSHAWN W. HARRIS
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
My Commission Expires March 28, 2010

**RECEIVED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT