UNITED STATES DISTRICT COURT

JUNE 7, 2007

```
ANGELA D. MC ALISTER
5524 KENNEDY STREET
RIVERDALE, MD    20737-2418
301-779-4447
     PLAINTIFF

     VS.

JOHN E. POTTER
POSTMASTER GENERAL,
U. S. POSTAL SERVICE
CAPITAL METRO OPERATIONS,
     AGENCY.
```

SUBJECT: ACTIVITY IN CASE 1:07-cv-16 RMC MC ALISTER v. POTTER ORDER ON MOTION TO APPOINT COUNSEL

**RECEIVED**

JUN - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION

1. MOTION NOT TO DISMISS.

2. I WOULD LIKE AND ADDITIONAL THIRTY(30) DAYS.

3. I WILL HAVE MY OWN COUNSEL.

ANGELA D. MC ALISTER
5524 KENNEDY STREET
RIVERDALE, MD    20737-2418
301-779-4447 (home phone)

*Angela D Mc Alister*
6-7-2007

*LaShawn W. Harris*
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
My Commission Expires March 28, 2010



DCD_ECFNotice@dcd.uscourts.gov
05/30/2007 04:34 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:07-cv-00016-RMC MCALISTER v. POTTER Order on Motion to Appoint Counsel

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 5/30/2007 at 4:34 PM and filed on 5/30/2007
**Case Name:** MCALISTER v. POTTER
**Case Number:** 1:07-cv-16
**Filer:**
**Document Number:** 8

**Docket Text:**
ORDER denying without prejudice [6] Plaintiff's Motion to Appoint Counsel and directing Plaintiff to file an opposition to Defendant's motion to dismiss no later than June 29, 2007, or the Court may treat the motion as conceded. See attached Order for further details. Signed by Judge Rosemary M. Collyer on 5/30/2007. (ses)


**1:07-cv-16 Notice has been electronically mailed to:**
Quan K. Luong  quan.luong@usdoj.gov

**1:07-cv-16 Notice will be delivered by other means to::**

ANGELA D. MCALISTER
5524 Kennedy Street
Riverdale, MD 20737

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Original filename:**O:\2007 Civil\07-16 McAlister v. Potter\07-16 Order directing P to file substantive opp to mtd.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/30/2007] [FileNumber=1448909-0]
[1f4b5b9107d976d4013562b6d4e12b0c7847ec2338efcb697ae07c6a36920e5f45c5
5beda9e52eb3f2d7065c2e0c39a5686d0fa3862ce9093fd6ae80b86e6cb3]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELA D. McALISTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0016 (RMC) |
| ) | |
| JOHN E. POTTER, Postmaster General, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff brings this employment discrimination action against her former employer, the Postmaster General. This matter is before the Court on Plaintiff's motion for appointment of counsel and Defendant's motion to dismiss. The Court will deny Plaintiff's motion, and will defer its ruling on Defendant's motion to dismiss in order that Plaintiff have an opportunity to file an opposition.

*I. The Court Denies Plaintiff's Motion for Appointment of Counsel*

A plaintiff in a civil case generally does not have a constitutional or statutory right to counsel. *See Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). When leave has been granted pursuant to 28 U.S.C. § 1915 for a *pro se* plaintiff to proceed *in forma pauperis*, the judge presiding over the case may appoint an attorney from the Civil Pro Bono Panel to represent her. *See* Local Civil Rule 83.11(b)(3). An appointment should be made taking into account the nature and complexity of the action, the potential merit of the *pro se* party's claims, the demonstrated inability of the *pro se* party to retain counsel by other means, and the degree to which the interests of justice will be served by

1

to dismiss by **June 29, 2007**. If Plaintiff fails to file a timely opposition, the Court may treat the motion as conceded and may dismiss this action.

    **SO ORDERED**.

Date: May 30, 2007

                                                                          /s/
                                          ROSEMARY M. COLLYER
                                          United States District Judge