UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANGELA MCALISTER** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JOHN E. POTTER,** )<br>**POSTMASTER GENERAL** )<br>**U.S. POSTAL SERVICE** )<br>**Defendant.** )<br>) | **Civil Action No.:**<br>**07-0016 (RMC)** |

**Notice of Appearance**

The Clerk of the Court will please enter the appearance of David A. Branch and the Law Office of David A. Branch as counsel for Plaintiff Angela McAlister.

Respectfully submitted,

By: ⎯⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯
David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805
Attorney for Plaintiff

**Certificate of Service**

I hereby certify this 18th day of July 2007, that a copy of the foregoing Notice of Appearance was sent electronically to counsel for Defendant listed below:

Quan K. Luong
Special Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Room E-4417
Washington, D.C. 20530

⎯⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯
David A. Branch