**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANGELA MCALISTER** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.:** |
| ) | **07-0016 (RMC)** |
| **JOHN E. POTTER,** ) | |
| **POSTMASTER GENERAL** ) | |
| **U.S. POSTAL SERVICE** ) | |
| **Defendant.** ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Comes now Plaintiff Angela McAlister, by and through counsel, and files

Plaintiff's Consent Motion For Extension of Time to File Opposition to Defendant's

Motion to Dismiss, and in support thereof states as follows.

Plaintiff, proceeding pro se, filed a complaint in this court in January 2007.

Defendant has filed a motion to dismiss. Plaintiff was given until July 30, 2007 to file an

opposition, before she retained counsel. Plaintiff recently retained counsel in this matter

and requests an extension until August 13, 2007 to file the opposition. Counsel needs

additional time to review the file and prepare a response to the motion, and because

Counsel has been busy with other court matters and had other court deadlines. Plaintiff

believes she has a meritorious defense to the motion and this motion is not being

submitted to cause any unnecessary delay in this matter. Defendant essentially claims in

the motion that that the case should be dismissed because it was filed less than 180 days

after Plaintiff filed an appeal with the EEOC Office of Federal Operations.

Defendant consents to an extension to file the opposition, but requests that

Defendant's reply be due on August 31, 2007.

Respectfully submitted,

By:    _____/s/_____
       David A. Branch #438764
       Law Office of David A. Branch, P.C.
       1825 Connecticut Avenue, NW #690
       Washington, D.C.  20009
       (202) 785-2805
       Attorney for Plaintiff

## Certificate of Service

I hereby certify this 30th day of July 2007, that a copy of the foregoing Motion for Extension of Time to File Opposition to Motion to Dismiss was sent electronically to counsel for Defendant listed below:

Quan K. Luong
Special Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Room E-4417
Washington, D.C. 20530

_____/s/_____
David A. Branch