**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANGELA MCALISTER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL )<br>U.S. POSTAL SERVICE )<br>Defendant. )<br>) | Civil Action No.:<br>07-0016 (RMC) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Comes now Plaintiff Angela McAlister, by and through counsel, and files Plaintiff's Motion for Leave to File Amended Complaint, and in support thereof states as follows.

**Background**

Plaintiff Angela McAlister filed a pro se complaint against the USPS arising from a September 1, 2005 incident at her place of employment, a U.S. Postal Service facility in Washington, D.C.  Ms. McAlister, who is disabled, submitted a medical leave slip to her supervisor, who is male, which included the reasons why she needed medical leave.  The supervisor proceeded to mark out the reasons stated by Ms. McAlister.  Ms. McAlister retrieved the leave slip from the supervisor and the male supervisor grabbed the leave slip from Ms. McAlister's hands and turned his back to her to keep her from retrieving the slip.  Agency Attachment 1 at 8-9.  In an attempt to retrieve the leave slip, Ms. McAlister brushed against her supervisor's back.  Id.  For this incident, Ms. McAlister was suspended and terminated from employment, and the Postal Service obtained a criminal "stay away" order.   Ms. McAlister was later handcuffed and arrested by the D.C.

Metropolitan Police at the request of the Postal Service and charged with assault.  Ms. McAlister spent eight days in jail as a result of this incident with her supervisor.

Ms. McAlister filed an EEO complaint against the USPS which proceeded to the EEOC.  After an administrative judge issued a decision without a hearing, the Agency issued a Final Agency Decision, from which Ms. McAlister appealed to the EEOC's Office of Federal Operations (OFO) on October 23, 2006.  She filed a pro se complaint in this court on January 4, 2007.

Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend shall be freely given when justice so requires.  The U.S. Court of Appeals for the District of Columbia Circuit recently reversed a district court's decision which denied of a motion for leave to file an amended complaint at the summary judgment stage.  See Jones v. District of Columbia, 429 F.3d 276 (D.C. Cir. 2005).  Defendant has filed a motion to dismiss Plaintiff's pro se complaint because it contends that it was filed less than 180 days after she filed an appeal with the EEOC's Office of Federal Operations, or was filed prematurely.  While Plaintiff does not believe that the complaint was premature, plaintiff seeks leave to file an amended complaint since it is now beyond 180 days since she filed her appeal with the EEOC's Office of Federal Operations.  Further, Plaintiff seeks leave to file an amended complaint to clarify the issues which will be before the court in the complaint and add additional claims arising from the violation of her rights when she was arrested and spent eight days in jail as a result of an incident where her supervisor assaulted her.  Justice requires that Plaintiff be permitted to amend her complaint to clarify her existing claims and add additional claims.  Counsel for

Plaintiff contacted Defendant's counsel to inquire if he would consent to this motion, and but he had not responded with his position at the time this motion was filed.

  WHEREFORE Plaintiff requests fourteen days to file an amended complaint in this matter.

            Respectfully submitted,

By:      /s/
    David A. Branch #438764
    Law Office of David A. Branch, P.C.
    1825 Connecticut Avenue, NW #690
    Washington, D.C.  20009
    (202) 785-2805
    Attorney for Plaintiff

## Certificate of Service

I hereby certify this 13th day of August 2007, that a copy of the foregoing Plaintiff's Motion for Leave to File Amended Complaint was sent electronically to counsel for Defendant listed below:

Quan K. Luong
Special Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Room E-4417
Washington, D.C. 20530

            /s/
           David A. Branch