**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANGELA MCALISTER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL )<br>U.S. POSTAL SERVICE )<br>       Defendant. )<br>) | Civil Action No.:<br>07-0016 (RMC) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Comes now Plaintiff Angela McAlister, by and through counsel, and files Plaintiff's Opposition to Defendant's Motion to Dismiss, and in support thereof states as follows.

**Background**

Plaintiff Angela McAlister filed a pro se complaint against the USPS arising from a September 1, 2005 incident at her place of employment. Ms. McAlister, who is disabled, submitted a medical leave slip to her supervisor, who is male, which included the reasons why she needed medical leave. The supervisor proceeded to mark out the reasons stated by Ms. McAlister. Ms. McAlister retrieved the leave slip from the supervisor and the male supervisor grabbed the leave slip from Ms. McAlister's hands and turned his back to her to keep her from retrieving the slip. Agency Attachment at 8-9. In an attempt to retrieve the leave slip, Ms. McAlister brushed against her supervisor's back. Id.  For this incident, Ms. McAlister was suspended and terminated from employment, and the Postal Service obtained a criminal "stay away" order.  Ms. McAlister was later handcuffed and arrested by the D.C. Metropolitan Police at the

request of the Postal Service and charged with an assault. Ms. McAlister spent eight days in jail as a result of this incident with her supervisor.

Ms. McAlister filed an EEO complaint against the USPS which proceeded to the EEOC. After an administrative judge issued a decision without a hearing, the Agency issued a Final Agency Decision, from which Ms. McAlister appealed to the Office of Federal Operations on October 23, 2006. She filed the instant complaint on January 4, 2007.

Argument

The Defendant contends that Ms. McAlister's complaint should be dismissed because she failed to exhaust her administrative remedies because she filed her complaint before waiting 180 days after filing an administrative appeal with EEOC Office of Federal (OFO). The Agency's motion should be denied for a number of reasons.

First, this issue is moot because it is now beyond 180 days since the filing of Ms. McAlister's appeal and there has been no final decision by the EEOC's OFO. Thus, Ms. McAlister may now proceed with her complaint in court. Further, while 29 C.F. R. Sec. 1614.407(d) does provide that a complainant is authorized to file a civil action in an appropriate U.S. District Court after 180 days from the date of filing an appeal with the Commission if there has been no final decision by the Commission, the filing of an appeal with the EEOC's Office of Federal Operations is optional and is not required before filing a civil complaint in court. Moreover, the filing of a civil action terminates the Commission's processing of an appeal. 29 C.F. R. Sec. 1614.409. Thus, Ms. McAlister did not have to file an appeal with the EEOC's OFO and can terminate her appeal at any time and proceed with a civil action in court.

2

To the extent that the court finds that the complaint should be dismissed because it was filed too soon, any dismissal should be without prejudice. Plaintiff has filed a motion for leave to file an amended complaint and seeks to file a complaint which includes the EEO claims and other claims which arose out of this incident.

Respectfully submitted,

By: _____/s/_____
David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805
Attorney for Plaintiff

**Certificate of Service**

I hereby certify this 13th day of August 2007, that a copy of the foregoing Opposition to Motion to Dismiss was sent electronically to counsel for Defendant listed below:

Quan K. Luong
Special Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Room E-4417
Washington, D.C. 20530

_____/s/_____
David A. Branch