UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
ANGELA D. MCALISTER,               )
                                   )
    Plaintiff                      )
                                   )
    v.                             )    Civil Action No. 07-0016 (RMC)
                                   )
JOHN E. POTTER,                    )
Postmaster General,                )
United States Postal Service       )
                                   )
    Defendant.                     )
_____)

**NOTICE OF SUBSTITUTION OF COUNSEL**

    The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case, substituting for Quan K. Luong, Special Assistant U.S. Attorney.

                                  Respectfully submitted,

                                  ___/s/_____
                                  DIANE M. SULLIVAN, D.C. Bar #12765
                                  Assistant United States Attorney
                                  555 Fourth Street, N.W.
                                  Room E4919
                                  Washington, D.C.  20530
                                  (202)514-7205