UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELA MCALISTER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL )<br>U.S. POSTAL SERVICE )<br>    Defendant. )<br>) | Civil Action No.:<br>07-0016 (RMC) |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Comes now Plaintiff Angela McAlister, by and through counsel, and files Plaintiff's Consent Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss, and in support thereof states as follows.

Defendant filed a motion to dismiss on September 19, 2007. Plaintiff's opposition is due on or about October 3, 2007. Defendant apparently has refiled a motion to dismiss which was previously denied by the court. In the first motion to dismiss, Defendant argued that Plaintiff filed her suit too soon, and Plaintiff filed an amended complaint which is timely. Plaintiff intends to file an opposition to the current motion but needs additional time to do so because Counsel is involved in other matters which have immediate deadlines.

Defendant consents to an extension to file the opposition.

Respectfully submitted,

By:          /s/
David A. Branch #438764
Law Office of David A. Branch, P.C.

        1825 Connecticut Avenue, NW #690
        Washington, D.C. 20009
        (202) 785-2805
        Attorney for Plaintiff

**Certificate of Service**

I hereby certify this 3rd day of October 2007, that a copy of the foregoing Consent Motion for Extension of Time to File Opposition to Motion to Dismiss was sent electronically to counsel for Defendant listed below:

Diane Sullivan
Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Room E-4417
Washington, D.C. 20530

                                             /s/
                                David A. Branch