UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGELA D. McALISTER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0016 (RMC) |
| JOHN E. POTTER, Postmaster General, | ) |
| Defendant. | ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #17] is GRANTED, and it is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order.

SO ORDERED.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

Date: 7 August 2008